# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| PAVEL GOBERMAN,<br>　*Plaintiff,*<br><br>v.<br><br>CARLOS H. CASCOS,<br>TEXAS SECRETARY OF STATE,<br>　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:16-CV-00994-G-BH |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS
## UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(B)(1) AND 12(B)(6)

BE IT REMEMBERED that on this day, the Court considered Defendant Secretary of State Carlos H. Cascos' Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Having considered the motion and any response thereto, the Court is of the opinion that Defendant Secretary of State Carlos H. Cascos' Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) is meritorious and should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Secretary of State Carlos H. Cascos' Motion to Dismiss is hereby GRANTED in its entirety. All of Plaintiff's claims against Defendant Secretary of State Carlos H. Cascos are hereby DISMISSED, in their entirety, with prejudice.

SIGNED on this _____ day of _____, 2016.

_____
HONORABLE JUDGE
United States District Court