IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PAVEL GOBERMAN, § | |
|     Plaintiff, § | |
| vs. § | Civil Action No. 3:16-CV-994-G-BH |
| § | |
| CARLOS H. CASCOS, § | |
| Texas Secretary of State, § | |
|     Defendant. § | Referred to U.S. Magistrate Judge |

## ORDER

Pursuant to the Special Order No. 3-251, this *pro se* case has been automatically referred for judicial screening. Before the Court for recommendation is *Defendant's Motion to Dismiss Under Federal Rule of Civil Procedure 12(B)(1) and 12 (B)(6)*, filed June 2, 2016 (doc. 12).

Respondent may file a response *and brief containing citations to relevant authorities*[1] no later than **Thursday, June 23, 2016**. Movant may file a reply no later than **Thursday, July 7, 2016**.

At this time, no hearing will be scheduled on this matter.

**SO ORDERED** on this 3rd day of June, 2016.

                                                          _____
                                                          IRMA CARRILLO RAMIREZ
                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 7.1 of the Local Civil Rules for the Northern District of Texas requires the filing of briefs in support of most motions. Pursuant to subsection (d), briefs shall contain a "party's contentions of fact and/or law, and arguments and *authorities*." (emphasis added). Briefs containing authorities greatly assist the Court in making rulings more expeditiously.