In the United States District Court
for the Northern District of Texas
Dallas Division

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2016 JUN 16  PM 3: 11

DEPUTY CLERK __ N

PAVEL GOBERMAN,
Plaintiff, ProSe,

VS

Carlos H. Cascos,
Texas Secr. of State,
Defendant.

Case No: 3:16- cv- 00994 - G - BH

Motion to Demand Hearing
by Jury Trial.

(Response on Defendant's Motion to
Dismiss).

Any violation of the Constitution of the USA is a crime, and no any Federal Rules may overrule this Constitution - the Supreme Law of this Land.

I demand from this Court to NOT violate my right to vote.

I demand from this Court to schedule hearing by Jury Trial.

06/16/16

Pavel G

PAVEL GOBERMAN - Candidate for U.S. Senator, but Honest, Incorruptible, against T. Cruz.
P.O. Box 570636
Dallas, TX 75357

P.S. Copy to Defendant: Kelli Fuqua - Asst. Att. General
P.O. Box 12548, Capitol Station
Austin, TX 78711 - 2548