UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAVEL GOBERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:16-CV-0994-G (BH) |
| CARLOS CASCOS, Texas Secretary of State, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

This judgment is entered pursuant to F.R. CIV. P. 58 and the memorandum opinion and order of this date. For the reasons stated in that memorandum opinion and order, it is **ORDERED** that the plaintiff's claims are **DISMISSED** for lack of jurisdiction at the plaintiff's cost.

July 12, 2016.

_____
**A. JOE FISH**
**Senior United States District Judge**